No. 93–6531. NEKU *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 93–6536. MERKL *v.* HARDY ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–6541. KABA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–6561. SMITH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–6564. GRAHAM *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–319. RASCH *v.* NATIONAL RAILROAD PASSENGER CORPORATION, DBA AMTRAK. C. A. D. C. Cir. Certiorari denied. JUSTICE GINSBURG took no part in the consideration or decision of this petition.

No. 93–615. ATKINS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. JUSTICE GINSBURG took no part in the consideration or decision of this petition.

No. 93–5990. ABDULLAH *v.* FEDERAL BUREAU OF INVESTIGATION. C. A. D. C. Cir. Certiorari denied. JUSTICE GINSBURG took no part in the consideration or decision of this petition.

No. 93–6458. FREEMAN *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. JUSTICE GINSBURG took no part in the consideration or decision of this petition.

No. 93–432. MORALES, DECEASED, ET AL. *v.* BARGE-WAGENER CONSTRUCTION CO. ET AL. Sup. Ct. Ga. Motions of National Employment Lawyers Association and United States of Mexico et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 93–451. WHITLEY ET AL. *v.* STANDEN. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.